JEFFREY L. STEINFELD (SBN 294848)
jlsteinfeld@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Defendants*
*Caitlyn Jenner and Sophia Hutchins*

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
jfitzgerald@fmfpc.com
MELANIE R. MONROE (SBN 275423)
mmonroe@fmfpc.com
TREVOR FLYNN (SBN 253362)
tflynn@fmfpc.com
PETER GRAZUL (SBN 342735)
pgrazul@fmfpc.com
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD and MIHAI CALUSERU, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CAITLYN JENNER and SOPHIA HUTCHINS,<br><br>　　　　　　　　Defendants. | **CLASS ACTION**<br><br>**Case No. 2:24-cv-09768**<br><br>**STIPULATION TO SET COORDINATED BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>Courtroom 6C<br><br>Action Filed: November 13, 2024 |

|   |   |
|---|---|
| 1 | WHEREAS, on November 13, 2024, Plaintiffs Naeem Azad and Mihai Caluseru ("Plaintiffs") commenced the above-captioned action against Defendants Caitlyn Jenner and Sophia Hutchins (collectively, "Defendants"); |
| 4 | WHEREAS, this action is governed by the procedures set forth in the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S. Code §§ 77z–1, 78u-4, *et seq.*, including the procedures for appointment of a lead plaintiff and lead-plaintiff's counsel, and an automatic stay of discovery pending any motion(s) to dismiss; |
| 8 | WHEREAS, the PSLRA's requirements include that plaintiff publish "in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class of the pendency of the action … and that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class" 15 U.S. Code §§ 77z–1(a)(3)(A)(i), 78u-4(a)(3)(A)(i); |
| 14 | WHEREAS, motions for appointment of lead plaintiff and approval of lead counsel must be filed on or before January 17, 2024; |
| 16 | WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S.C §§ 77z–1(b)(1), 78u-4(b)(3)(B); |
| 18 | WHEREAS, the Parties agree that, for reasons of judicial efficiency and economy, conservation of time and resources, and orderly management of this action, Defendants should not be required to answer, move, or otherwise respond to the existing Complaint until after: (i) the Court has appointed a lead plaintiff and lead counsel for this action; (ii) the lead plaintiff has filed an amended or consolidated complaint or designated an operative complaint; and (iii) the Court has entered a briefing schedule as contemplated by this Stipulation, or as otherwise specified.  *See* Ann. Manual Complex Lit. § 31.4 (4th ed.) ("Immediately after assignment of the litigation, the judge should consider entering an order suspending the time for all defendants to respond to the complaint in cases where a motion to consolidate is pending or a lead plaintiff has not been selected, as the initial complaint is likely to be amended."). |

**NOW, THEREFORE**, the Parties stipulate and agree, subject to the Order of the Court, that:

1. Defendants' current response date(s) are vacated. Defendants shall have no obligation to respond to the Complaint until after the Court appoints lead plaintiff pursuant to the requirements of the PSLRA.

2. Plaintiffs shall have thirty (30) days after the Court's appointment of lead plaintiff to file an amended complaint or deem the original complaint operative ("Lead Plaintiffs' Time Period").

3. Defendants' deadline to file motion(s) to dismiss or otherwise respond to the operative complaint shall be sixty (60) days after the expiration of Lead Plaintiffs' Time Period.

4. Plaintiffs shall have sixty (60) days to file any opposition papers to Defendants' motion(s) to dismiss.

5. Defendants shall have forty-five (45) days thereafter to file their reply brief(s).

6. The Parties expressly maintain (and do not waive) all rights, remedies, claims, and/or defenses.

**IT IS SO STIPULATED.**

Dated: December 30, 2024

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Steinfeld
    Jeffrey L. Steinfeld

*Attorneys for Defendants
Caitlyn Jenner and Sophia Hutchins*

Dated: December 30, 2024

FITZGERALD MONROE FLYNN PC

By: /s/ Jack Fitzgerald
    Jack Fitzgerald

*Attorneys for Plaintiffs*

## ATTESTATION

I, Jeffrey L. Steinfeld, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 30, 2024       By: */s/ Jeffrey L. Steinfeld*
                                                    Jeffrey L. Steinfeld

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On December 30, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2024, at Los Angeles, California.

                                                  By: */s/ Jeffrey L. Steinfeld*
                                                      Jeffrey L. Steinfeld