# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CAITLYN JENNER et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-09768-SB-JC<br><br>ORDER GRANTING IN PART REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET COORDINATED BRIEFING SCHEDULE |

Having reviewed the Parties' stipulation, IT IS HEREBY ORDERED THAT:

1. Defendants shall not be required to answer or otherwise respond to the Complaint until after the Lead Plaintiff and Lead Counsel have been appointed and Lead Plaintiff has filed an amended complaint or designated an operative complaint.

2. Upon appointing Lead Plaintiff and Lead Counsel, the Court will set: (1) a deadline for the filing of a first amended complaint or designation of an operative complaint; and (2) a deadline and briefing schedule, if needed, for Defendants' response to the complaint. The parties should expect much less time for their respective filings than they have requested in their stipulation.

Date: January 15, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge