**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
PETER GRAZUL (SBN 342735)
*pgrazul@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NAEEM AZAD and MIHAI CALUSERU, on behalf of themselves, all others similarly situated, and the general public,

Plaintiffs,

v.

CAITLYN JENNER and SOPHIA HUTCHINS,

Defendants.

Case No: 2:24-cv-09768-SB-JC

**REQUEST FOR JUDICIAL NOTICE**

Judge:   Hon. Stanley Blumenfeld Jr.

Lead Plaintiff Lee Greenfield ("Plaintiff") respectfully requests that, in reviewing his accompanying Opposition to Defendants' Motion to Dismiss the First Amended Complaint (Dkt. No. 31), the Court, pursuant to Fed. R. Evid. 201, take judicial notice of the following facts: (1) more than half of the node network for Ethereum is hosted within the U.S.;[1] (2) the U.S. is home to the largest concentration of Solana network validators of any country.[2]

A district court may take judicial notice of matters that are capable of accurate and ready determination by resorting to sources whose accuracy cannot reasonably be questioned. *See* Fed. R. Civ. P. 201(b); *Peviani v. Hostess Brands, Inc.*, 750 F.Supp.2d 1111, 1116 (C.D. Cal. 2010). "Proper subjects of judicial notice when ruling on a motion to dismiss include materials available on . . . publically accessible websites . . . ." *Avoy v. Turtle Mountain, LLC*, 2014 WL 587173, at *2 n.2 (N.D. Cal. Feb. 14, 2014) (internal citations omitted).

Here, the facts over which Plaintiff requests the Court's judicial notice come from publicly available websites using Application Programming Interfaces, or APIs, to pull and display data directly from the Ethereum and Solana blockchains.[3]

As Plaintiff alleges, "[a] public blockchain is a digital ledger containing information (such as records of financial transactions) immediately available to any member of the public. Unlike traditional ledgers, which are managed and validated by a centralized authority, public blockchains are distributed and decentralized." (First Am. Compl. ¶ 14 (citation omitted)). Effectively, blockchains are open books, and the websites referenced in Footnotes 1 and 2 are publicly displaying them. As a result, there can be no reasonable dispute as to the accuracy of the information these webpages convey.

---

[1] *See* https://etherscan.io/nodetracker (accessed April 9, 2025); a true and correct screenshot taken April 9, 2025 is attached hereto as **Exhibit 1**.

[2] *See* https://solanabeach.io/ (accessed April 9, 2025); a true and correct screenshot taken April 9, 2025 is attached hereto as **Exhibit 2**.

[3] An API is a set of definitions and protocols for building and integrating application software that lets a product or service communicate with other products and services without requiring knowledge as to how those other products or services are implemented. Essentially, an API is a communication tool between software applications.

| | | |
|---|---|---|
| 1 | Dated: April 9, 2025 | Respectfully Submitted, |
| 2 | | /s/ Jack Fitzgerald |
| 3 | | **FITZGERALD MONROE FLYNN PC** |
| | | JACK FITZGERALD |
| 4 | | *jfitzgerald@fmfpc.com* |
| 5 | | MELANIE R. MONROE |
| 6 | | *mmonroe@fmfpc.com* |
| | | TREVOR FLYNN |
| 7 | | *tflynn@fmfpc.com* |
| 8 | | PETER GRAZUL |
| | | *pgrazul@fmfpc.com* |
| 9 | | ALLISON FERRARO |
| 10 | | *aferraro@fmfpc.com* |
| | | 2341 Jefferson Street, Suite 200 |
| 11 | | San Diego, California 92110 |
| 12 | | ***Counsel for Plaintiffs*** |