# Exhibit 1

# Ethereum Node Tracker

**Sponsored:** Ⓜ️ **MetaWin:** WIN $50k+ in the Metawin Millionaire each Week! Claim Your **FREE Entry Now.**

💡 Node Tracker shows statistics of detected nodes running on the network. Statistics include the top 10 countries with the highest number of nodes, daily total nodes and node type by clients and OS. Learn more in our Knowledge Base.

## Top 10 Countries

[View All Nodes]

Total **9,283** nodes found

| # | Countries | Last 24 Hours ▼ | Last 24 Hours | Last 7 Days |
|---|---|---|---|---|
| 1 | 🇺🇸 United States | 4,801 (51.01%) | ▼ 67.65% | ▼ 48.39% |
| 2 | 🇩🇪 Germany | 1,103 (11.72%) | ▼ 73.81% | ▼ 46.77% |
| 3 | 🇬🇧 United Kingdom | 500 (5.31%) | ▼ 81.82% | ▼ 46.71% |
| 4 | 🇨🇦 Canada | 391 (4.15%) | ▼ 81.25% | ▼ 44.66% |
| 5 | 🇫🇷 France | 390 (4.14%) | ▼ 62.07% | ▼ 46.77% |
| 6 | 🇳🇱 Netherlands | 182 (1.93%) | ▼ 33.33% | ▼ 54.29% |
| 7 | 🇸🇬 Singapore | 145 (1.54%) | ▼ 50.00% | ▼ 0.63% |
| 8 | 🇧🇪 Belgium | 113 (1.20%) | ▼ 96.46% | ▼ 4.74% |
| 9 | 🇨🇭 Switzerland | 101 (1.07%) | ▼ 95.05% | ▲ 0.64% |
| 10 | 🇦🇺 Australia | 91 (0.97%) | ▼ 98.90% | ▼ 34.67% |

## Node Stats

▼ **3.15%**

Last 24 Hours

▼ **1.27%**

Last 7 Days

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

[Got it!]



Last 30 Days



## Client

🍪 This website uses cookies to improve your experience. By continuing to use this website,
you agree to its Terms and Privacy Policy.



- 🔵 /linux-amd64
- ⚫ /undefined
- 🟢 aethx/v0.1.0-stable-c243e19e
- 🟠 aethx/v0.1.0-stable-daa3ccbf

🔺 1/271 🔻

## Client Type



- 🔵 aarch64-unknown-linux-gnu
- ⚫ dotnet7.0.9
- 🟢 dotnet8.0.1
- 🟠 dotnet8.0.10

🔺 1/52 🔻

## OS

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.



- 🔵 **darwin-arm64**
- 🟢 **go1.22.7**
- 🟣 **go1.24.1**
- 🟡 **linux-arm**
- ⚫ **freebsd-amd64**
- 🟠 **go1.24.0**
- 🔴 **linux-amd64**
- 🟢 **linux-arm64**

🔼 1/6 🔽

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.