# Exhibit 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No: 2:24−cv−09768−SB−JC

NAEEM AZAD, et al.

        Plaintiff(s)

v.

CAITLYN JENNER, et al.

        Defendant(s)
_____/

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

    I, Lee Greenfield, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.     I have reviewed the complaint in this matter and authorized its filing.

2.     I did not acquire the security that is the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     I am willing to serve as a representative party on behalf of a Class, including providing testimony at deposition and trial, if necessary.

4.     I represent and warrant that I am fully authorized to enter into and execute this certification.

5.     I will not accept any payment for serving as a representative party on behalf of the Class beyond the pro-rata share of any recovery, except such reasonable costs and

expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

6. I have not served as a representative party on behalf of a Class under the federal securities laws during the last three years.

7. I have made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

**$JENNER on Ethereum:**

**ACQUISITIONS:**

| Type of Security | Buy Date | # of Digital Assets Purchased | Total Purchase Amount |
|---|---|---|---|
| Digital Asset | May 30, 2024 | 20,552.588260956488293802 | 0.02 ETH (~$30.68) |
| Digital Asset | May 30, 2024 | 588,572.861189914066154745 | 0.35 ETH (~$1,311.44) |
| Digital Asset | May 30, 2024 | 145,116.715110117384010345 | 0.1 ETH (~$374.70) |
| Digital Asset | May 30, 2024 | 362,495.892016309576787367 | 0.3 ETH (~$1,124.09) |
| Digital Asset | May 30, 2024 | 607,497.621815133854147958 | 0.45 ETH (~$1,686.14) |
| Digital Asset | May 30, 2024 | 43,066.539996912664363792 | 0.025 ETH (~$93.67) |
| Digital Asset | May 30, 2024 | 1,365,641.354127049683105316 | 0.55 ETH (~$2,047.29) |
| Digital Asset | May 31, 2024 | 93,527.561653741568798914 | 0.04 ETH (~$150.35) |
| Digital Asset | May 31, 2024 | 530,209.864489333225490405 | 0.185 ETH (~$695.35) |
| Digital Asset | June 1, 2024 | 554,940.162912770597970209 | 0.6 ETH (~$2,287.69) |
| Digital Asset | June 1, 2024 | 59,757.508228164123327603 | 0.06 ETH (~$228.77) |
| Digital Asset | June 1, 2024 | 1,079,481.642482422529944798 | 1.1 ETH (~$4,194.09) |
| Digital Asset | June 1, 2024 | 110,639.533773822560505812 | 0.1 ETH (~$381.28) |
| Digital Asset | June 3, 2024 | 102,015.890832993352899366 | 0.17 ETH (~$640.27) |
| Digital Asset | June 3, 2024 | 262,208.122732831522393329 | 0.39 ETH (~$1,468.86) |
| Digital Asset | June 4, 2024 | 216,790.069921246529952714 | 0.3 ETH (~$1,143.22) |
| Digital Asset | June 5, 2024 | 45,926.388568588241266221 | 0.05 ETH (~$193.32) |
| Digital Asset | June 5, 2024 | 562,255.078206689590024392 | 0.55 ETH (~$2,126.55) |
| Digital Asset | June 5, 2024 | 238,300.691524448236342967 | 0.2 ETH (~$773.29) |
| Digital Asset | June 7, 2024 | 276,617.634226757870806469 | 0.23 ETH (~$845.66) |
| Digital Asset | June 8, 2024 | 29,067.559071098885103476 | 0.025 ETH (~$92.02) |
| Digital Asset | June 12, 2024 | 29,705.027055648789591962 | 0.04 ETH (~$142.37) |
| Digital Asset | June 12, 2024 | 488,539.430005641732335484 | 0.79 ETH (~$2,811.81) |
| Digital Asset | June 22, 2024 | 1,049,590.584237958196429189 | 1.2 ETH (~$4,193.10) |

| | | | |
|---|---|---|---|
| Digital Asset | July 3, 2024 | 1,119,052.001136543022904833 | 1.65 ETH (~$5,432.06) |
| Digital Asset | July 3, 2024 | 23,355.171017800047761544 | 0.035 ETH (~$115.23) |
| Digital Asset | July 4, 2024 | 900,086.35231073899419396 | 1.02 ETH (~$3,119.99) |
| Digital Asset | July 5, 2024 | 19,442.535763283772126496 | 0.02 ETH (~$59.64) |
| Digital Asset | July 5, 2024 | 470,938.567560484656790056 | 0.51 ETH (~$1,505.95) |
| Digital Asset | July 10, 2024 | 77,136.484805401193323042 | 0.07 ETH (~$217.03) |
| Digital Asset | July 10, 2024 | 348,319.050088999037612664 | 0.31 ETH (~$961.14) |
| Digital Asset | July 10, 2024 | 8,993.112305997790280352 | 0.009 ETH (~$27.90) |
| Digital Asset | July 12, 2024 | 605,093.996619437891030876 | 0.42 ETH (~$1,316.54) |
| Digital Asset | July 16, 2024 | 8,509.671047400525752643 | 0.005 ETH (~$18.61) |
| Digital Asset | July 26, 2024 | 314,016.337571558603234405 | 0.15 ETH ($~491.23) |

**SALES:**

| Type of Security | Sale Date | # of Digital Assets Sold | Total Proceeds from Sale |
|---|---|---|---|
| Digital Asset | Sep. 8, 2024 | 1,050,000 | 0.11 ETH (~$252.71) |
| Digital Asset | Sep. 10, 2024 | 1,500,000 | 0.141 ETH (~$336.82) |
| Digital Asset | Sep. 15, 2024 | 5,000,000 | 0.412 ETH (~$954.38) |
| Digital Asset | Sep. 15, 2024 | 1,000,000 | 0.08 ETH (~$185.32) |
| Digital Asset | Sep. 29, 2024 | 2,224,700 | 0.116 ETH (~$308.34) |
| Digital Asset | Oct. 3, 2024 | 2,000,043.815278197 | 0.117 ETH (~$274.93) |

## Damages Summary

| | |
|---|---|
| **TOTAL PURCHASE AMOUNT** | ~$41,810 |
| **TOTAL PROCEEDS FROM SALE** | ~$2,312.50 |
| **TOTAL P&(L)** | ~($39,497.50) |

### $JENNER on Solana:

**ACQUISITIONS:**

| Type of Security | Buy Date | # of Digital Assets Purchased | Total Purchase Amount |
|---|---|---|---|
| Digital Asset | May 28, 2024 | 8,214.113044 | 0.95861041 SOL (~$163.46) |
| Digital Asset | May 28, 2024 | 36,575.229214 | 3.52258055 SOL (~$600.65) |
| Digital Asset | May 28, 2024 | 25,890.461946 | 3.00 SOL (~$511.54) |
| Digital Asset | May 31, 2024 | 11,293.199533 | 0.58 SOL (~$96.91) |

**SALES:**

| Type of Security | Sale Date | # of Digital Assets Sold | Total Proceeds from Sale |
|---|---|---|---|
| Digital Asset | May 30, 2024 | 70,679 | 2.82873564 SOL (~$476.92) |
| Digital Asset | June 1, 2024 | 11,294 | 0.507510455 SOL (~$84.80) |

### Damages Summary

| TOTAL PURCHASE AMOUNT | ~$1,372.56 |
|---|---|
| TOTAL PROCEEDS FROM SALE | ~$561.72 |
| TOTAL P&(L) | ~($810.84) |

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Signed pursuant to California Civil Code Section 1633.1, et seq. – and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Signed by:
[signature]
25038E30C38049E...

Name: Lee Greenfield

Date: 12/12/2024