# Exhibit 2









