# Exhibit 3

# Diagram: $JENNER Token Flow

**Uniswap V2** — Decentralized exchange

**970,000,000**
F: 05/29/2024 11:54 PM
L: 05/29/2024 11:54 PM

*970 million $JENNER and 1 WETH is sent from 0xCB95 to the Uniswap pool for initial liquidity. The remaining 30 million is transferred to the $JENNER contract address*

*These are the same transaction*

**$JENNER token contract 0x4327**

**30,000,000**
F: 05/29/2024 11:54 PM
L: 05/29/2024 11:54 PM

**534,860,559.17531000000000000**
F: 05/29/2024 11:57 PM
L: 05/14/2025 9:22 AM

**0xCB95bCBD...**

**970,000,000**
F: 05/29/2024 11:54 PM
L: 05/29/2024 11:54 PM

**Uniswap V2: $JENNER Contract 0x8588**

*Deployment of $JENNER token contract triggers the transfer of ownership of 1 billion $JENNER from Jenner ETH Deployer to 0xCB95, and the creation of the $JENNER token and Uniswap V2: $JENNER smart contract addresses*

**1,000,000,000**
F: 05/29/2024 9:13 PM
L: 05/29/2024 9:13 PM

*$JENNER ownership transfer*

**Asset Minter and Burner Address** — Mining

**1,000,000,000**
F: 05/29/2024 9:09 PM
L: 05/29/2024 9:09 PM

*Deployer address receives 1 billion $JENNER on 5/29/24 from asset minting address*

**Jenner (ETH) Deployer 0xB41a**

*$JENNER Deployer address created and funded by Coinbase deposit on 5/29/24*

**Coinbase.com** — Exchange