Cheryl S. Chang (SBN 237098)
Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD and MIHAI CALUSERU <br><br> Plaintiff(s) <br><br> v. <br><br> CAITLYN JENNER and SOPHIA HUTCHINS <br><br> Defendant(s). | CASE NUMBER <br><br> 2:24-cv-09768-SB-JC <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Donohue, Michael E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212.855.5594          212.658-9052
*Telephone Number*        *Fax Number*

Michael.donohue@blankrome.com
*E-Mail Address*

of

Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Caitlyn Jenner

Sophia Hutchins

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Chang, Cheryl S.
*Designee's Name (Last Name, First Name & Middle Initial)*

237098          424.239.3400          424.239.3434
*Designee's Cal. Bar No.*   *Telephone Number*     *Fax Number*

Cheryl.chang@blankrome.com
*E-Mail Address*

of

Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** June 16, 2025

_____
**Stanley Blumenfeld, Jr., U.S. District Judge**