BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
cheryl.chang@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Jennifer L. Achilles (*pro hac vice*)
jennifer.achilles@blankrome.com
Michael E. Donohue (*pro hac vice*)
michael.donohue@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone:  212.885.5000
Facsimile:   212.885.5001

Attorneys for Defendants
CAITLYN JENNER and
SOPHIA HUTCHINS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD and MIHAI CALUSERU, on behalf of themselves, all other similarly situated, and the general public<br><br>Plaintiffs,<br><br>vs.<br><br>CAITLYN JENNER and SOPHIA HUTCHINS,<br><br>Defendants. | Case No. 2:24-cv-09768-SB-JC<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF CHERYL S. CHANG IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Judge:  Hon. Stanley Blumenfeld, Jr.<br>Date:     August 1, 2025<br>Time:    8:30 a.m.<br>Courtroom:   6C<br>Action Filed:  November 13, 2024 |

## DECLARATION OF CHERYL S. CHANG

I, Cheryl S. Chang, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner with Blank Rome LLP, and counsel of record for Defendants Caitlyn Jenner and Sophia Hutchins ("Defendants"). I have personal knowledge of the facts set forth in this declaration, and if called upon to testify under oath, I could and would competently do so.

2. On June 12, 2025, counsel for Defendants met and conferred with counsel for Lead Plaintiff Lee Greenfield by video conference for approximately 40 minutes. Jennifer Achilles, Michael Donohue, Jamison Gilmore, and I attended the conference on Defendants' behalf. Jack Fitzgerald and Peter Grazul attended the conference on Greenfield's behalf.

3. During the conference, Defendants' counsel identified deficiencies in the Second Amended Complaint and legal authority that supports Defendants' positions. Greenfield's counsel responded stating they would either look into Defendants' positions or that they disagreed with Defendants' positions.

4. Also during the conference, Defendants' counsel asked for the timestamp of Greenfield's initial purchase of $JENNER on Solana. Greenfield's counsel indicated they had access to that information but declined to provide it to us.

5. On June 17, 2025, Defendants' counsel asked Plaintiffs' counsel by email whether any of their positions had changed following our meet and confer, and they responded they had not.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2025 at Los Angeles, California.

                                                     /s/ Cheryl S. Chang
                                                    Cheryl S. Chang

2