1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD and MIHAI CALUSERU, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>CAITLYN JENNER and SOPHIA HUTCHINS,<br><br>Defendants. | Case No. 2:24-cv-09768-SB-JC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

1

On June 20, 2025, Defendants Caitlyn Jenner's and Sophia Hutchins' ("Defendants") filed a Motion to Dismiss. The Court, having considered Defendants' Motion and finding good cause, hereby GRANTS the Motion and ORDERS as follows:

1. The Securities Act claim is dismissed with prejudice because Plaintiff Lee Greenfield's purchase of $JENNER was not domestic and $JENNER is not a security. *See Williams v. Binance*, 96 F.4th 129 (2d Cir. 2024); *see also Pirani v. Slack Techs., Inc.*, 127 F.4th 1183 (2025); *Baylor v. Honda Motor Co.*, No. 223CV00794, 2024 WL 650415, at *4 (C.D. Cal. Jan. 19, 2024); *Hocking v. Dubois*, 885 F.2d 1449, 1459 (9th Cir. 1989); *see also De Luz Ranchos Inv., Ltd. v. Coldwell Banker & Co.*, 608 F.2d 1297 (9th Cir. 1979); *Pinter v. Dahl*, 486 U.S. 622 (1988));

2. The Common Law Fraud claim is dismissed with prejudice because sufficient facts have not been pled to state a claim. *See Jones v. AIG Risk Mgmt., Inc.*, 726 F. Supp. 2d 1049, 1058 (N.D. Cal. 2010); *Legal Additions LLC v. Kowalski*, No. C-08-2754, 2010 WL 335789, at *5 (N.D. Cal. Jan. 22, 2010); and

3. The Quasi Contract claim is dismissed with prejudice because sufficient facts have not been pled to state a claim. *See Paracor Fin., Inc. v. Gen. Elec. Cap. Corp.*, 96 F.3d 1151, 1167 (9th Cir. 1996); *Letizia v. Facebook, Inc.*, 267 F. Supp. 3d 1235 (N.D. Cal. 2017).

**IT IS SO ORDERED.**

Dated: August 1, 2025

Stanley Blumenfeld, Jr.
United States District Judge

2