UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAITLYN JENNER et al., <br><br> Defendants. | Case No. 2:24-cv-09768-SB-JC <br><br><br> ORDER STAYING CASE AND VACATING HEARING AND MANDATORY SCHEDULING CONFERENCE |

    Plaintiffs filed this putative securities class action against Caitlyn Jenner and Sophia Hutchins. While briefing on Defendants' motion to dismiss the second amended complaint was underway, defense counsel notified the court that Hutchins died on July 2. The court delayed the remaining briefing by a week and ordered the parties to meet and confer and propose an agreed schedule that would allow the case to proceed with minimal delay. The parties were unable to reach agreement.

    A dead person (as opposed to her estate) "cannot sue, be sued, or be joined to a lawsuit." *LN Mgmt., LLC v. JPMorgan Chase Bank, N.A.*, 957 F.3d 943, 950 (9th Cir. 2020). Accordingly, the court cannot adjudicate the merits of the claim against Hutchins absent substitution of a proper successor. Moreover, the viability of the claim against Hutchins is intertwined with the viability of the claims against Jenner—in particular Count 1, which is alleged against them both. Defendants raise some of the same issues, and it would be preferable not to adjudicate those issues as to Jenner and then readjudicate them once a successor appears for Hutchins. While Lead Plaintiff Lee Greenfield objects to an indefinite stay, the case cannot proceed until Greenfield determines whom he wishes to sue. If he decides to voluntarily dismiss the claims against Hutchins, the case can proceed against Jenner without further delay. If he wishes to proceed against a new party

1

with the claim currently alleged against Hutchins, he must identify the defendant, who must then be given an opportunity to defend against the claim.

      Accordingly, the mandatory scheduling conference and hearing on the motion to dismiss set for August 8, along with the reply deadline for the motion to dismiss, are vacated.  The court instead sets a status conference on August 8, 2025.  No later than August 5, 2025, Greenfield shall file a status report stating how he intends to proceed, including the expected timing of any anticipated substitution.  The case is stayed until August 8 or until further order of the court.

Date: July 23, 2025                                    _____
                                                            Stanley Blumenfeld, Jr.
                                                           United States District Judge