**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
PETER GRAZUL (SBN 342735)
*pgrazul@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD and MIHAI CALUSERU, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CAITLYN JENNER and SOPHIA HUTCHINS,<br><br>Defendants. | Case No: 2:24-cv-9768-SB-JC<br><br>**STATUS REPORT**<br><br>Judge: Hon. Stanley Blumenfeld Jr.<br>Conf.: August 8, 2025, 8:30 a.m.<br>Location: Courtroom 6C |

Pursuant to the Court's July 23, 2025 Order (Dkt. No. 68), Lead Plaintiff Lee Greenfield provides the following Status Report.

Based on her key role in the alleged scheme, and potential exclusive access to key accounts and information, Lead Plaintiff intends to maintain his and the putative Class's claims against Defendant Hutchins, following substitution. On July 18, 2025, counsel for Defendant Jenner advised the Court Ms. Hutchins "likely died intestate," and was "not aware at this time of any interested person that intends to commence such a proceeding" for appointment of a personal representative under Cal. Probate Code § 8000. (Dkt. No. 67 at 1.)

On July 29, 2025, Lead Plaintiff, as an interested person with a claim against Hutchins, filed a Petition for Probate with the Los Angeles County Superior Court. The matter was assigned case number 25STPB08569, and a hearing on the petition set for August 28, 2025, at 8:30 a.m. in Probate Department 62. Lead Plaintiff has effected service on known interested parties, as well as publication of the Petition in a newspaper of general circulation, in accordance with the Probate Code.

Absent unforeseen circumstances, Lead Plaintiff expects the probate court, relatively quickly, to assign as a personal representative for Ms. Hutchins the County of Los Angeles Public Administrator, as requested by Mr. Greenfield (unless another person, such as one of Ms. Hutchins' relatives, steps forward and seeks to be appointed, in which case the Court would likely appoint that person, to which Mr. Greenfield would have no objection). *See* Cal. Probate Code § 7620(c). Once that is done, Lead Plaintiff will submit to this Court right away a Motion for Substitution pursuant to Fed. R. Civ. P. 25(a). In fact, that short, straightforward motion is already drafted and just awaiting identification of the proper substitute. Accordingly, Lead Plaintiff believes this case should be ready to resume with a proper substitute for Ms. Hutchins soon after the probate petition is resolved, and perhaps as soon as September.

Dated: August 1, 2025

Respectfully Submitted,

/s/ Jack Fitzgerald

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE
*mmonroe@fmfpc.com*
TREVOR FLYNN
*tflynn@fmfpc.com*
PETER GRAZUL
*pgrazul@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110

**Counsel for Plaintiffs**