**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD and MIHAI CALUSERU, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CAITLYN JENNER and SOPHIA HUTCHINS,<br><br>Defendants. | Case No: 2:24-cv-9768-SB-JC<br><br>**STATUS REPORT**<br><br>Judge:     Hon. Stanley Blumenfeld Jr.<br>Conf.:     November 7, 2025, 8:30 a.m.<br>Location:  Courtroom 6C |

1    Pursuant to the Court's September 29, 2025 Order (Dkt. No. 75), Lead Plaintiff Lee
2    Greenfield provides the following Status Report.
3    Plaintiff previously reported that the Los Angeles probate court set a hearing on hearing
4    on the Petition for Probate of Ms. Amy L. Andrus, the mother of Defendant Sophia Hutchins,
5    for October 30, 2025. (Dkt. No. 74.) On that basis, the Court continued the October 3 status
6    conference to November 7. (Dkt. No. 75.)
7    Today, the probate court *sua sponte* issued a minute order continuing the hearing to
8    November 12, at 9:30 a.m., due to the court's unavailability. A copy of the order is attached.

Dated: October 22, 2025              Respectfully Submitted,

/s/ Jack Fitzgerald
**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE
*mmonroe@fmfpc.com*
TREVOR FLYNN
*tflynn@fmfpc.com*
ALLISON FERRARO
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
**Counsel for Plaintiff**

1

*Azad et al. v. Jenner et al.*, Case No. 2:24-cv-9768-SB-JC
STATUS REPORT

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Probate Division
Stanley Mosk Dept. - 62

25STPB08569
In re: Hutchins, Sophia - Decedent

October 22, 2025
1:30 PM

Honorable Stephanie C. Santoro, Judge

B. Magdaleno, Judicial Assistant                                Not Reported, Court Reporter

**NATURE OF PROCEEDINGS:** Non-Appearance Case Review

The following parties are present for the aforementioned proceeding:

    No appearances.

The matter is called for hearing.

The Court reviews the contents of the case and finds it necessary to re-calendar the hearing due to the unavailability of the Court; the matter(s) is/are rescheduled as below set.

ANY and ALL prior orders, including but not limited to, Citations to Appear and/or Temporary/Special/Letters/TRO's issued are extended to the same date.

The 10/30/2025 Appointment Hearing - Decedent's Estate is advanced to this date and is continued to Wednesday, November 12, 2025 at 9:30 AM in this department.

The Court orders the Clerk to give notice to Attorney for Petitioner via EService. Attorney for Petitioner shall give notice to all omitted parties.