UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>CAITLYN JENNER et al.,<br><br>　　Defendants. | Case No. 2:24-cv-09768-SB-JC<br><br>ORDER ADVANCING HEARING AND BRIEFING DEADLINES FOR LEAD PLAINTIFF'S MOTION FOR SUBSTITUTION |

　　Following the death of Defendant Sophia Hutchins in July 2025, the Court stayed this case to allow Lead Plaintiff Lee Greenfield to substitute her successor once a representative was appointed for Hutchins's estate. Greenfield now moves to substitute Amy L. Andrus, Hutchins' mother, as a defendant, representing that the Los Angeles County Probate Court granted Andrus's petition for probate and appointed her the representative of the estate on November 12. Dkt. No. 78. Greenfield noticed the motion for hearing on January 9, 2026. He represents that Defendant Caitlyn Jenner is unopposed and that the motion is being served on Andrus and her probate counsel of record.

　　The November 21 status conference and the requirement for Lead Plaintiff to file a further status report by November 17 are therefore vacated. To avoid further delay in this case that has already been stayed four months, the Court advances the hearing on the motion for substitution to December 12, 2025 at 8:30 a.m. in Courtroom 6C. Andrus shall file either her opposition or a statement of nonopposition by December 1, 2025. Greenfield's reply, if any, shall be filed by December 3, 2025. Greenfield shall promptly serve a copy of this order on Andrus and her private counsel of record and shall file proof of service no later than November 17. If Andrus, after being served, does not file a timely opposition, the Court may vacate the hearing and grant the unopposed motion for substitution. The case otherwise remains stayed until December 12 or until further order of the Court.

     If any party objects to the expedited treatment of the motion, the Court will entertain a request for additional time supported with a justification for the amount of time sought.

Date: November 14, 2025

                                    Stanley Blumenfeld, Jr.
                                    United States District Judge

2