**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

***Lead Counsel***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD and MIHAI CALUSERU, on behalf of themselves, all others similarly situated, and the general public,<br><br>    Plaintiffs,<br><br>  v.<br><br>CAITLYN JENNER and SOPHIA HUTCHINS,<br><br>    Defendants. | Case No: 2:24-cv-9768-SB-JC<br><br>**LEAD PLAINTFF'S REPLY IN SUPPORT OF MOTION FOR SUBSTITUTION OF DEFENDANT SOPHIA HUTCHINS**<br><br>Judge:  Hon. Stanley Blumenfeld Jr.<br>Hearing: December 12, 2026, 8:30 a.m.<br>Location: Courtroom 6C |

Lead Plaintiff Lee Greenfield respectfully submits the following Reply in support of his Motion for Substitution (Dkt. No. 78).

The Court's November 14, 2025 Order Advancing Hearing and Briefing Deadlines for Lead Plaintiff's Motion for Substitution (Dkt. No. 80, "Order")), was personally served on proposed substitute defendant, Amy L. Andrus, as well as her probate attorney. (Fitzgerald Reply Decl. ¶¶ 2-3 & Ex. 1; *see also* Dkt. No. 81 (Proof of Service).) The Order directed Ms. Andrus to "file either her opposition or a statement of nonopposition by December 1, 2025." (Order at 1 (Further stating, "[i]f Andrus, after being served, does not file a timely opposition, the Court may vacate the hearing and grant the unopposed motion for substitution.").)

In a November 17, 2025 email, Ms. Andrus' probate counsel advised Lead Counsel that Ms. Andrus was retaining Ms. Jenner's counsel to represent her in this matter, and that she would "not be objecting to the Substitution," and "will proceed as: Amy L. Andrus, Administrator of the Estate of Sophia Loretta Hutchins." (Fitzgerald Reply Decl. ¶ 4 & Ex. 2 at 3). Although advising she would do so (*see id.* at 1), Ms. Andrus failed to file a nonopposition by December 1, 2025. Given her representation to Lead Counsel and failure to oppose, the Court should grant the Motion (which Ms. Jenner's counsel also previously represented she does not oppose, *see* Dkt. No. 78-1, Fitzgerald Decl. ¶ 3).

Dated: December 2, 2025

Respectfully Submitted,

/s/ Jack Fitzgerald

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE
*mmonroe@fmfpc.com*
TREVOR FLYNN
*tflynn@fmfpc.com*
ALLISON FERRARO
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110

***Lead Counsel***

*Azad et al. v. Jenner et al.*, Case No. 2:24-cv-9768-SB-JC
LEAD PLAINTIFF'S MOTION FOR SUBSTITUTION OF DEFENDANT