## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NAEEM AZAD et al., | Case No. 2:24-cv-09768-SB-JC |
| Plaintiffs, | |
| v. | ORDER RE SUBSTITUTION |
| CAITLYN JENNER et al., | |
| Defendants. | |

Following the death of Defendant Sophia Hutchins, Lead Plaintiff Lee Greenfield moved to substitute her mother, Amy L. Andrus, as a defendant. Dkt. No. 78. The Court advanced the hearing to December 12 and ordered Andrus to file either an opposition or a statement of nonopposition by December 1. Dkt. No. 80. Lead Plaintiff served the order on Andrus and her probate counsel, but no opposition or statement of nonopposition was filed. On December 2, Lead Plaintiff filed a reply, supported by a declaration of counsel and emails from Andrus's probate counsel representing that (1) Andrus would not object to substitution, (2) she would proceed as "Amy L. Andrus, Administrator of the Estate of Sophia Loretta Hutchins," (3) Andrus would be represented by the same counsel who represents Caitlyn Jenner in this action, and (4) counsel would file a statement of nonopposition in due course. Dkt. No. 82.

In light of the agreement between the parties, and to ensure that Andrus is substituted in her correct capacity, the parties shall promptly meet and confer and file a stipulation of substitution no later than December 4, 2025. Upon its filing, the Court expects to vacate as moot the noticed motion for substitution, lift the stay, and set deadlines for the reply brief and hearing on the pending motion to dismiss.

Date: December 2, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge