| | |
|---|---|
| **FITZGERALD MONROE FLYNN PC**<br>JACK FITZGERALD (SBN 257370)<br>*jfitzgerald@fmfpc.com*<br>MELANIE R. MONROE (SBN 275423)<br>*mmonroe@fmfpc.com*<br>TREVOR FLYNN (SBN 253362)<br>*tflynn@fmfpc.com*<br>ALLISON FERRARO (SBN 351455)<br>*aferraro@fmfpc.com*<br>2341 Jefferson Street, Suite 200<br>San Diego, California 92110<br>Phone: (619) 215-1741<br><br>*Lead Counsel* | **BLANK ROME LLP**<br>Cheryl S. Chang (SBN 237098)<br>cheryl.chang@blankrome.com<br>Jamison T. Gilmore (SBN 322100)<br>jamison.gilmore@blankrome.com<br>2029 Century Park East \| 6th Floor<br>Los Angeles, CA 90067<br>Telephone: 424.239.3400<br>Facsimile: 424.239.3434<br><br>Jennifer L. Achilles (*pro hac vice*)<br>jennifer.achilles@blankrome.com<br>Michael E. Donohue (*pro hac vice*)<br>michael.donohue@blankrome.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212.885.5000<br>Facsimile: 212.885.5001<br><br>*Counsel for Defendants* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD and MIHAI CALUSERU, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CAITLYN JENNER and SOPHIA HUTCHINS,<br><br>　　　　　Defendants. | Case No: 2:24-cv-9768-SB-JC<br><br>**STIPULATION REGARDING SUBSTITUTION OF DEFENDANT SOPHIA HUTCHINS**<br><br>Judge:　　Hon. Stanley Blumenfeld Jr. |

WHEREAS, on July 2, 2025, Defendant Sophia Hutchins passed away;

WHEREAS, on August 26, 2025, Ms. Hutchins' mother, Amy L. Andrus, filed a Petition for Probate with the Los Angeles County Superior Court, Probate Division ("Probate Court") seeking to be appointed representative of Ms. Hutchins' estate;

WHEREAS, in a November 12, 2025 Minute Order, followed by a November 30, 2025 formal Order, the Probate Court granted Ms. Hutchins' Petition and appointed her Personal Representative of Ms. Hutchins' estate;

WHEREAS, on November 13, 2025, Lead Plaintiff Lee Greenfield filed a Motion for Substitution, seeking an Order substituting Ms. Andrus for Ms. Hutchins;

WHEREAS, Defendant Caitlyn Jenner does not oppose the Motion;

WHEREAS, Ms. Andrus does not oppose the Motion;

**NOW THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. Pursuant to Fed. R. Civ. P. 25, Amy L. Andrus, Administrator of the Estate of Sophia Loretta Hutchins is hereby substituted for Defendant Sophia Hutchins;

2. Defendants' reply in further support of their motion to dismiss is due on December 15, 2025, or such other date as the Court may set;

3. The hearing on Defendants' motion to dismiss is scheduled for January 9, 2026, at 8:30 a.m., or at such other time as the Court may set.

Dated: December 4, 2025                    Respectfully Submitted,

/s/ Jack Fitzgerald[1]

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE
*mmonroe@fmfpc.com*
TREVOR FLYNN
*tflynn@fmfpc.com*

---

[1] I have obtained the undersigned attorney's consent to file this document with her electronic signature.

2341 Jefferson Street, Suite 200
San Diego, California 92110

*Lead Counsel*

/s/ Cheryl S. Chang

**BLANK ROME LLP**
Cheryl S. Chang
*cheryl.chang@blankrome.com*
Jamison T. Gilmore
*jamison.gilmore@blankrome.com*
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Jennifer L. Achilles
*jennifer.achilles@blankrome.com*
Michael E. Donohue
*michael.donohue@blankrome.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.885.5000
Facsimile: 212.885.5001

*Counsel for Defendant Caitlyn Jenner and Counsel for Amy L. Andrus, Administrator of the Estate of Sophia Loretta Hutchins*