**BLANK ROME LLP**
Cheryl S. Chang (SBN 237098)
cheryl.chang@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Jennifer L. Achilles (*pro hac vice*)
jennifer.achilles@blankrome.com
Michael E. Donohue (*pro hac vice*)
michael.donohue@blankrome.com
1271 Avenue of the Americas New York, NY 10020
Telephone: 212.885.5000
Facsimile: 212.885.5001

**Counsel for Defendants**

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

***Lead Counsel***

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD and MIHAI CALUSERU, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CAITLYN JENNER and SOPHIA HUTCHINS,<br><br>Defendants. | Case No: 2:24-cv-9768-SB-JC<br><br>**STIPULATION REGARDING DATE OF HEARING**<br><br>Judge:   Hon. Stanley Blumenfeld Jr. |

WHEREAS, on December 2, 2025, the Court directed the parties to file a stipulation of substitution by December 4, 2025, Dkt. 85;

WHEREAS, on December 4, 2025, the parties submitted such stipulation and suggested a briefing schedule whereby any reply in further support of Defendants' motion to dismiss would be due on December 15, 2025, or on such other date the Court may set, and a hearing on the motion would be heard on January 9, 2026, or on such other date the Court may set, Dkt. 86;

WHEREAS, on December 4, 2025, the Court ordered the substitution of Amy L. Andrus, Administrator of the Estate of Sophia Lorretta Hutchins, for Defendant Sophia Hutchins, set the due date for Defendants' reply in further support of their motion to dismiss on December 15, 2025, and set the motion to dismiss for a hearing on January 16, 2026, at 8:30 a.m., Dkt. 87;

WHEREAS, Defendants intend that Jennifer L. Achilles, Esq., argue the motion to dismiss on their behalf given her familiarity with the factual and legal issues raised and her leadership in drafting Defendants' moving and reply papers;

WHEREAS, Ms. Achilles has a scheduling conflict on January 16, 2026, due to a previous professional commitment;

WHEREAS, counsel for the parties have conferred and are available for a hearing on January 9, January 30, or any date thereafter;

**NOW THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. The parties respectfully request that the hearing on Defendants' motion to dismiss be set for January 9, January 30, or any date thereafter.

| | |
|---|---|
| Dated: December 5, 2025 | Respectfully Submitted, |
| | /s/ *Cheryl S. Chang* |
| | **BLANK ROME LLP** |
| | Cheryl S. Chang |
| | *cheryl.chang@blankrome.com* |
| | Jamison T. Gilmore |
| | *jamison.gilmore@blankrome.com* |
| | 2029 Century Park East | 6th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: 424.239.3400 |
| | Facsimile: 424.239.3434 |
| | |
| | Jennifer L. Achilles |
| | *jennifer.achilles@blankrome.com* |
| | Michael E. Donohue |
| | *michael.donohue@blankrome.com* |
| | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: 212.885.5000 |
| | Facsimile: 212.885.5001 |
| | |
| | ***Counsel for Defendant Caitlyn Jenner and Counsel for Amy L. Andrus, Administrator of the Estate of Sophia Loretta Hutchins*** |
| | |
| | /s/ Jack Fitzgerald[1] |
| | **FITZGERALD MONROE FLYNN PC** |
| | JACK FITZGERALD |
| | *jfitzgerald@fmfpc.com* |
| | MELANIE R. MONROE |
| | *mmonroe@fmfpc.com* |
| | TREVOR FLYNN |
| | *tflynn@fmfpc.com* |
| | 2341 Jefferson Street, Suite 200 |
| | San Diego, California 92110 |
| | ***Lead Counsel*** |

---

[1] I have obtained the undersigned attorney's consent to file this document with his electronic signature.

# CERTIFICATE OF SERVICE

The undersigned certifies that on December 5, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 5, 2025.

By: /s/AJ Cruickshank