**BLANK ROME LLP**
Cheryl S. Chang (SBN 237098)
cheryl.chang@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Jennifer L. Achilles (*pro hac vice*)
jennifer.achilles@blankrome.com
Michael E. Donohue (*pro hac vice*)
michael.donohue@blankrome.com
1271 Avenue of the Americas New York, NY 10020
Telephone: 212.885.5000
Facsimile: 212.885.5001

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD and MIHAI CALUSERU, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CAITLYN JENNER and AMY L. ANDRUS, Administrator of the Estate of Sophia Lorretta Hutchins,<br><br>Defendants. | Case No: 2:24-cv-9768-SB-JC<br><br>**NOTICE OF LEAD COUNSEL FOR DEFENDANTS CAITLYN JENNER AND AMY L. ANDRUS**<br><br>Judge: Hon. Stanley Blumenfeld Jr.<br>Courtroom: 6C<br>Action Filed: November 13, 2024 |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Cheryl S. Chang, an attorney at Blank Rome LLP, is designated as lead counsel for Defendants Caitlyn Jenner and Amy L. Andrus.

Dated: January 30, 2026

Respectfully Submitted,

/s/ Cheryl S. Chang

**BLANK ROME LLP**
Cheryl S. Chang (SBN 237098)
*cheryl.chang@blankrome.com*
Jamison T. Gilmore (SBN 322100)
*jamison.gilmore@blankrome.com*
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Jennifer L. Achilles (*pro hac vice*)
*jennifer.achilles@blankrome.com*
Michael E. Donohue (*pro hac vice*)
*michael.donohue@blankrome.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.885.5000
Facsimile: 212.885.5001

*Counsel for Defendant Caitlyn Jenner and Counsel for Amy L. Andrus, Administrator of the Estate of Sophia Loretta Hutchins*