## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| Case No.: | 2:24-cv-09768-SB-JC | Date: | January 30, 2026 |
|---|---|---|---|

| Title: | Naeem Azad et al. v. Caitlyn Jenner et al. |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jack Fitzgerald | Cheryl S. Chang |
|  | Jennifer Lynn Achilles |

**Proceedings: (Minutes of)** Motion to Dismiss [63] **(Held and completed)**

     The Court heard argument from counsel on Defendants' motion to dismiss the Second Amended Complaint (Dkt. No. 63). The Court took the matter under submission.

0:37