UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NAEEM AZAD et al.,

      Plaintiffs,

v.

CAITLYN JENNER et al.,

      Defendants.

Case No. 2:24-cv-09768-SB-JC

FINAL JUDGMENT

      For the reasons stated in the Court's May 9, 2025 order granting Defendants' motion to dismiss the First Amended Complaint and its separate order entered this day granting in part Defendants' motion to dismiss the Second Amended Complaint and declining supplemental jurisdiction, it is ordered and adjudged that Lead Plaintiff Lee Greenfield's individual claims other than his claims for common-law fraud and quasi contract are dismissed on the merits with prejudice; the Court declines supplemental jurisdiction over Greenfield's common-law fraud and quasi contract claims, which are dismissed without prejudice; and all claims of putative class members other than Greenfield are dismissed without prejudice.

      This is a final judgment.

Date: April 16, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1