**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

***Counsel for Plaintiffs***

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM AZAD and MIHAI CALUSERU, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CAITLYN JENNER and AMY L. ANDRUS, Administrator of the Estate of Sophia Loretta Hutchins,<br><br>Defendants. | Case No: 2:24-cv-9768-SB-JC<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. Stanley Blumenfeld Jr. |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Appellate Procedure 3 and 4, Lead Plaintiff Lee Greenfield hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered against him on April 16, 2026 (Dkt. No. 102), as well as from the Court's April 16, 2026 Order Granting in Part Motion to Dismiss Second Amended Complaint and Declining Supplemental Jurisdiction (Dkt. No. 101), concurrently attached hereto.

Dated: May 7, 2026

Respectfully Submitted,

/s/ Jack Fitzgerald

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE
*mmonroe@fmfpc.com*
TREVOR FLYNN
*tflynn@fmfpc.com*
ALLISON FERRARO
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110

***Counsel for Lead Plaintiff***

*Azad et al. v. Jenner et al.*, Case No. 2:24-cv-9768-SB-JC
NOTICE OF APPEAL